31 So.2d 107

**John TERRY v. STATE.**

**4 Div. 455.**

Supreme Court of Alabama.

June 19, 1947.

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the petition.

Lee & Lee, of Dothan, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Terry v. State, Ala.App., 31 So.2d 105.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.